UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

SIXTY-SIX THOUSAND THREE HUNDRED
SIXTY-NINE DOLLARS ($66,369) IN US
CURRENCY, ET AL,

    Defendants.
_____/

Case No: 16-10680
Honorable Victoria A. Roberts

## ORDER GRANTING GOVERNMENT'S MOTION
## STAYING CIVIL FORFEITURE PROCEEDING (DOC. #34)

The Government filed the above entitled motion. It is fully briefed.

After reviewing all the submissions, the Court finds that "civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case." 18 U.S.C. § 981 (g)(1).

Accordingly, under the mandatory language of 18 U.S.C. § 981(g)(1) "Upon the motion of the United States, the court shall stay the civil forfeiture proceedings..." The Government's motion is **GRANTED**. This case is **STAYED**.

    **IT IS ORDERED**.

        /s/ Victoria A. Roberts
        Victoria A. Roberts
        United States District Judge

Dated: June 28, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 28, 2016.

s/Linda Vertriest
Deputy Clerk