UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

SIXTY-SIX THOUSAND THREE HUNDRED SIXTY-NINE DOLLARS ($66,369) IN U.S. CURRENCY, *et al.,*

    Defendant.
_____/

Case No. 16-10680
HON. VICTORIA A. ROBERTS

## **JUDGMENT**

Consistent with the Court's Order entered on July 10, 2019, **IT IS ORDERED** that Judgment is entered in favor of the Plaintiff.

Dated at Detroit, Michigan on July 10, 2019.

                                            David J. Weaver
                                            Clerk of the Court

Approved:

                                    BY:   s/ Linda Vertriest

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge